*Priority Send*
*Enter JS6*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 07-100-AG(CWx) | Date | August 17, 2007 |

Title: MOISES SANTILLAN v GLOBAL ACCEPTANCE CREDIT COMPANY LP, ET AL

Present: The Honorable ANDREW J. GUILFORD

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs: Not Present

Attorneys Present for Defendants: Not Present

**Proceedings:** (In Chambers) **ORDER DISMISSING ACTION FOR LACK OF PROSECUTION**

Plaintiff filed this action on January 26, 2007. On July 6, 2007, this Court issued a Minute Order which ordered plaintiff to show cause in writing on or before July 20, 2007, why this action should not be dismissed for lack of prosecution. Plaintiff has failed to respond to the Court's Order.

Therefore, the Court ORDERS that this action is dismissed without prejudice for lack of prosecution, and for failure to comply with the Orders of the Court.

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 20
CENTRAL DISTRICT OF CALIFORNIA
BY                     DEPUTY

: 0

Initials of Preparer   lmb